IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00028-AP

STEVEN L. ALLES,

       Plaintiff,

v.

MICHAEL J. ASTRUE,[1] Commissioner of Social Security,

       Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASE**

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| | |
|---|---|
| Jan A. Larsen<br>Shores Office Park<br>375 East Horsetooth Road<br>Fort Collins, CO 80525<br>Telephone: 970-223-5900<br>jalarsen1@qwest.net<br><br><br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-1570<br>debra.meachum@ssa.gov<br>Attorneys for Defendant |

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

   A.   **Date Complaint Was Filed:** 1/4/07
   B.   **Date Complaint Was Served on U.S. Attorney's Office:** 2/8/07
   C.   **Date Answer and Administrative Record Were Filed:** 4/3/07; 4/4/07

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The record is complete.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**   None.
**Defendant states:**  None.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

None.

**7.   OTHER MATTERS**

None.

**8.   PROPOSED BRIEFING SCHEDULE**

   A.   **Plaintiff's Opening Brief Due:**    June 1, 2007
   B.   **Defendant's Response Brief Due:**   July 2, 2007
   C.   **Plaintiff's Reply Brief Due:**      July 17, 2007

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

   A.   **Plaintiff's Statement:** Plaintiff requests oral argument. Oral argument is necessary to provide the court with full opportunity to know the parties' respective positions.
   B.   **Defendant's Statement:** Oral argument not requested.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.   ( )  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   B.   ( x )  **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

   The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

   DATED this 24th day of April, 2007.

                                                      BY THE COURT:

                                                      S/John L. Kane
                                                      U.S. DISTRICT COURT JUDGE

- 4 -

APPROVED:

| | |
|---|---|
| s/Jan A. Larsen 4/23/07<br><br>Jan A. Larsen<br>Shores Office Park<br>375 East Horsetooth Road<br>Fort Collins, CO 80525<br>Telephone: 970-223-5900<br>jalarsen1@qwest.net<br><br><br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov<br><br>By: s/Debra J. Meachum 4/23/07<br>    Debra J. Meachum<br>    Special Assistant U.S. Attorney<br>    1961 Stout Street, Suite 1001A<br>    Denver, Colorado 80294<br>    Telephone: (303) 844-1570<br>    debra.meachum@ssa.gov<br>    Attorneys for Defendant. |